# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:21-CV-00214-MOC-DSC

| | |
|---|---|
| **OVERTON ROW HOLDINGS LLC et. al.** )<br>)<br>**Plaintiffs,** )<br>)<br>**v.** )<br>)<br>**CW CONSTRUCTION & DEVELOPMENT LLC,** )<br>)<br>**Defendant.** ) | **ORDER** |

**THIS MATTER** is before the Court on the "Motion for Admission *Pro Hac Vice* and Affidavit [for Ethan J. Loeb]" (document #2) filed May 7, 2021. For the reasons set forth therein, the Motion will be granted.

The Clerk is directed to send copies of this Order to counsel for the parties and to the Honorable Max O. Cogburn, Jr.

**SO ORDERED**.

Signed: May 7, 2021

David S. Cayer
United States Magistrate Judge