IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:21-CV-00214-MOC-DSC

| | |
|---|---|
| OVERTON ROW HOLDINGS LLC et. al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>CW CONSTRUCTION & DEVELOPMENT LLC, )<br>)<br>Defendant. ) | **ORDER** |

**THIS MATTER** is before the Court on the "Motion[s] for Admission *Pro Hac Vice* and Affidavit[s] [for Jon P. Tasso and Allison C. Doucette]" (documents ##7-8) filed June 24, 2021. For the reasons set forth therein, the Motions will be granted.

The Clerk is directed to send copies of this Order to counsel for the parties and to the Honorable Max O. Cogburn, Jr.

**SO ORDERED**.

Signed: June 24, 2021

David S. Cayer
United States Magistrate Judge